[No. 16043-9-II.    Division Two.    March 22, 1994.]

THE HOUSING AUTHORITY OF THE CITY OF TACOMA, *Respondent*, v. JAMES LOCKHART, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-12943-1, Nile E. Aubrey, J., entered February 7, 1992. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 12343-0-III.    Division Three.    March 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMELLA L. SALENAS, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 92-1-00002-6, F. James Gavin, J., entered March 30, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 12515-7-III.    Division Three.    March 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS SALAS MEZA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 92-1-00351-7, Michael W. Leavitt, J., entered June 10, 1992. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson and Sweeney, JJ.